Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROGER DELEON<br><br>　　　　　Defendant. | Case No. 2:15-cv-03855-MCA-LDW |

## STIPULATION SETTLING
## AND VACATING THE JUDGMENT

TO:
　　Clerk of the District Court
　　For the District of New Jersey
　　Martin Luther King Building
　　& U.S. Courthouse
　　50 Walnut Street
　　Newark, New Jersey 07101

1. A Judgment CNJ343-1/2:15-3855-MCA-LDW was entered in the above-

entitled action on June 20, 2016, in favor of Malibu Media, LLC, and against

1

Defendant, Roger Deleon in the amount of $95,250.00 plus attorney fees;

2. Plaintiff hereby acknowledges and agrees that the amount claimed due and which was the basis for the Judgement has been settled and paid in full by Defendant.

3. Plaintiff hereby voluntarily agrees to vacate the Judgment in its entirety and directs the Clerk of the District Court for the district of New Jersey to vacate and remove the Judgment on the Court's docket.

4. Plaintiff agrees that this matter is settled in all respects and that the Clerk has the authority to vacate the judgment, and dismiss the action with prejudice and without cost to either party.

5. Plaintiff hereby releases Defendant from any and all claims, known or unknown, in connection with this matter.

Dated: May 10, 2022                      Respectfully submitted,

                                    By:  /s/ Patrick J. Cerillo
                                         Patrick J. Cerillo, Esq.
                                         Patrick J. Cerillo, LLC
                                         4 Walter Foran Blvd., Suite 402
                                         Flemington, NJ 08822
                                         Attorney ID No. 01481-1980
                                         T: (908) 284-0997
                                         F: (908) 284-0915
                                         pjcerillolaw@comcast.net
                                         *Attorneys for Plaintiff*

2   5/18/22   ORDERED
              Cox Arleo, U.S.D.J.